## UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF WEST VIRGINIA

FILED

FEB 21 2024

U.S. DISTRICT COURT
ELKINS WV 26241

**UNITED STATES OF AMERICA,**

**v.**

**JOHN ALLEN SHOMO,**

                 **Defendant.**

Criminal     2:24cr2

Violations:    18 U.S.C. § 932(b)(1)
                  18 U.S.C. § 922(a)(6)
                  18 U.S.C. § 924(a)(2)

## INDICTMENT

The Grand Jury charges that:

### COUNT ONE

(Straw Purchase of Firearm)

On or about October 1, 2022, in Randolph County, in the Northern District of West Virginia, defendant **JOHN ALLEN SHOMO** did knowingly purchase a firearm, that is, a Taurus, model G2C .40 caliber pistol bearing serial number ADC159116, in and affecting interstate commerce for, on behalf of, and at the request of D.S., a person known to the Grand Jury, knowing and having reasonable cause to believe that D.S. had previously been convicted in any court of a crime punishable by imprisonment for a term exceeding one year; in violation of Title 18, United States Code, Section 932(b)(1).

## COUNT TWO

(False Statement in Connection with the Acquisition of a Firearm)

On or about October 1, 2022, in Randolph County, in the Northern District of West Virginia, defendant **JOHN ALLEN SHOMO**, in connection with the acquisition of a firearm, that is, a Taurus model G2C .40 caliber pistol bearing serial number ADC159116, from a licensed dealer of firearms, did knowingly make a false written statement that was intended and likely to deceive such dealer with respect to a fact material to the lawfulness of the sale of such firearm, that is, defendant **JOHN ALLEN SHOMO** asserted on an ATF Form 4473 (Firearms Transaction Record) that he was the actual transferee/buyer of the said firearm, when in truth and in fact, he purchased the firearm at the request of and for D.S., a person known to the Grand Jury, in violation of Title 18, United States Code, Sections 922(a)(6) and 924(a)(2).

A true bill,

/s/_____
Foreperson

/s/_____
William Ihlenfeld
United States Attorney

Stephen Warner
Assistant United States Attorney